IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

STEPHANIE A. PACKER O/B/O G.G.P.,

          Plaintiff,

v.                                  CIVIL ACTION NO. 3:19-0257

ANDREW SAUL, COMMISSIONER
OF SOCIAL SECURITY,

          Defendant.

**MEMORANDUM OPINION AND ORDER**

This action was referred to the Honorable Omar J. Aboulhosn, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendations for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted findings of fact and recommended that the Court deny Plaintiff's request for judgment on the pleadings (ECF No. 12), grant Defendant's request to affirm the decision of the Commissioner (ECF No. 13), affirm the final decision of the commissioner, and dismiss this action from the docket of the Court. Neither party has filed objections to the Magistrate Judge's findings and recommendations.

Accordingly, the Court accepts and incorporates herein the findings and recommendations of the Magistrate Judge and **DENIES** Plaintiff's request for judgment on the pleadings (ECF No. 12), **GRANTS** Defendant's request to affirm the decision of the Commissioner (ECF No. 13), **AFFIRMS** the final decision of the commissioner, and **DISMISSES** this action from the docket of the Court, consistent with the findings and recommendations.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

      ENTER:  September 17, 2019

      _____
      ROBERT C. CHAMBERS
      UNITED STATES DISTRICT JUDGE